United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 00-7259 September Term, 2001
 94cv00741

 Filed On: January 15, 2002 [650991]
Young Women's Christian Association of the National
Capital Area, Inc., a District of Columbia Non-Profit
Corporation,
 Appellant

 v.

Allstate Insurance Company of Canada, a Canadian
Corporation, et al.,
 Appellees

 BEFORE: Ginsburg, Chief Judge; Rogers and Garland, Circuit Judges

 O R D E R

 It is ORDERED that the court's opinion filed on January 15, 2001 be amended
as follows:

 The date decided should be amended to reflect January 15, 2002 not January
 15, 2001

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk